UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ETHAN NORRIS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>PHILLIP MORRIS INTERNATIONAL INC.,<br><br>               Defendant. | Civil Action No. 3:24-cv-01267-VAB |

**PLAINTIFF'S UNOPPOSED MOTION TO VACATE DISCOVERY DEADLINE**

Plaintiff Ethan Norris ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, respectfully moves the Court to vacate the current discovery deadline of February 21, 2025, as set by the Court's Order on Pretrial Deadlines (Dkt. 3), in light of the existing stay on discovery. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed this action on July 30, 2024. Dkt. 1.

2. On July 30, 2024, the Court entered its Order on Pretrial Deadlines (the "Pretrial Order"). Dkt. 3. Paragraph (c) of the Pretrial Order provides that "[u]nless otherwise ordered, discovery shall be completed within 6 months after the latest of the following: the filing of the complaint, the filing of a petition for removal, the transfer of an action from another District, or the appearance of the last defendant." Dkt. 3 ¶ (c).

3. Defendant Phillip Morris International Inc. ("Defendant") is the only defendant remaining in this action and filed its appearance on August 21, 2024. Dkt. 9.

4. Pursuant to paragraph (c) of the Pretrial Order, discovery is required to be completed by February 21, 2025 – six months after the appearance of Defendant. *See* Dkt. 3 ¶ (c).

1

5. On October 11, 2024, the Court entered an Order staying discovery. *See* Dkt. 66. The Order provided as follows:

> Parties are required to file a renewed 26(f) report, within fourteen (14) days of the Court's resolution of the pending motion to dismiss and motion to stay discovery. Until that time, discovery will be stayed, except that the parties should proceed to provide their initial disclosures by **November 1, 2024**.

*Id.* (emphasis in original).

6. The Court has not yet ruled on the pending motion to dismiss and motion to stay discovery. As such, discovery remains stayed.

7. Given the Court's Order staying discovery and the fact that the parties have yet to engage in discovery beyond the exchange of initial disclosures, Plaintiff seeks to vacate the discovery deadline of February 21, 2025. Plaintiff respectfully submits that the Court should reset the discovery deadline after it rules on the pending motions.

8. Plaintiff does not file this motion for purposes of delay but rather to ensure that the parties have sufficient time to conduct discovery once the current stay is lifted.

9. Plaintiff's counsel has conferred with defense counsel regarding this motion. Defense counsel does not oppose this motion.

WHEREFORE, Plaintiff Ethan Norris respectfully requests that the Court enter an Order vacating the current discovery deadline of February 21, 2025.

Dated: January 29, 2025

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
 Philip L. Fraietta

Philip L. Fraietta (Admitted *Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646)-837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
Email: james.reardon@reardonscanlon.com

**DRURY LEGAL, LLC**
Scott R. Drury (Admitted *Pro Hac Vice*)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Philip L. Fraietta, an attorney, hereby certify that, on January 29, 2025, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

                                              */s/ Philip L. Fraietta*
                                              Philip L. Fraietta